# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK ALLEN ROSS**                                                 **PLAINTIFF**
**#17800**

V.                                         NO. 4:22-cv-00927-JM

**HIGGINS,** *et al*.                                                    **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 45 other inmates, including Plaintiff Derrick Allen Ross. *Doc. 1*. Pursuant to Court policy, the Court opened 46 different lawsuits, including this one for Mr. Ross.

On October 6, 2022, mail from the Court to Mr. Ross was returned as "undeliverable." *Doc. 3*.

On October 7, 2022, the Court ordered Mr. Ross to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4.* To date, he has not responded to the Court's October 7 Order, and the time to do so has passed.

Mr. Ross' claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE